U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case   07 C 6656 |
| CHASE BERNARDI, | Judge Shadur |
| | Magistrate Judge Valdez |
| v. | |
| UNKNOWN CHICAGO POLICE OFFICERS JOHN DOES 1-2. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO, ON BEHALF OF DEFENDANTS UNKNOWN CITY OF CHICAGO POLICE OFFICERS JOHN DOE 1-2.

| |
|---|
| NAME (Type or print) |
| DEJA NAVE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Deja Nave |
| FIRM Corporation Counsel |
| STREET ADDRESS 30 N. LaSalle Street Suite 1020 |
| CITY/STATE/ZIP Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06275583 | (312) 744-6951 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐