IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHASE BERNARDI, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6656 |
| | ) | |
| v. | ) | |
| | ) | Judge Shadur |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**CITY OF CHICAGO'S MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("City"), by its attorney Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully requests that this Honorable Court grant an extension of time up to and including February 8, 2008 for the City to answer or otherwise plead to Plaintiff's Complaint at Law. In support of this motion, the City states as follows:

1. On November 27, 2007, plaintiff filed the current action pursuant to 42 U.S.C. §1983 and to the Fourth and Fourteenth Amendments to the United States Constitution.

2. On January 10, 2008, Assistant Corporation Counsels Ashley C. Kosztya and Déja C. Nave were assigned this matter. The following day, counsels filed their appearances on behalf of the City.

3. Upon review, counsels for the City learned that the City had until December 17, 2007 to answer or otherwise plead to Plaintiff's Complaint.

4. Since the City's attorneys were just recently assigned the case, they request additional time to examine the file, to confer with their clients, and to answer the Complaint.

5. The City's attorneys conferred with Plaintiff's counsel, Louis Joseph Meyer, and Mr. Meyer agreed to the City's request for an extension of time.

6. This motion is Defendant's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendant City of Chicago respectfully requests that it be given until February 8, 2008 to answer or otherwise plead to Plaintiff's Complaint.

                                         Respectfully submitted,

                                         MARA S. GEORGES
                                         CORPORATION COUNSEL

BY:   /s/ Déja C. Nave
         DÉJA C. NAVE
         Assistant Corporation Counsel
         Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6951
Attorney No. 6275583