IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHASE BERNARDI, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6656 |
| | ) | |
| v. | ) | |
| | ) | Judge Shadur |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Valdez |

<u>NOTICE OF MOTION</u>

TO:   Lawrence V. Jackowiak
      Law Offices of Lawrence Jackowiak
      20 North Clark Street
      Suite 1700
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, City of Chicago's Motion to Extend the Time in Which to Answer or Otherwise Plead, a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Shadur or before such other Judge or Magistrate Judge sitting his stead, on the 15th day of January, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 11th day of January 2008.

                                        Respectfully submitted,

                                        s/ Déja C. Nave
                                        DÉJA C. NAVE
                                        Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-6951
Attorney No. 6275583