IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHASE BERNARDI, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6656 |
| | ) | |
| v. | ) | |
| | ) | Judge Shadur |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Valdez |

**NOTICE OF MOTION**

TO:   Lawrence V. Jackowiak
      Law Offices of Lawrence Jackowiak
      20 North Clark Street
      Suite 1700
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant City of Chicago's Motion for Leave to Withdraw Counsel, a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Shadur or before such other Judge or Magistrate Judge sitting his stead, on the 21st day of May, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois, this 15th day of May 2008.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　s/ Déja C. Nave
　　　　　　　　　　　　　　　　　　　　　　　　DÉJA C. NAVE
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 744-6951