# EXHIBIT 1

LAW OFFICES OF

# LAWRENCE V. JACKOWIAK

20 NORTH CLARK STREET – SUITE 1700
CHICAGO, ILLINOIS 60602

| | | |
|---|---|---|
| Lawrence V. Jackowiak<br>Louis J. Meyer<br>Daniel P. Kiss | TELEPHONE (312) 795-9595<br>FACSIMILE (312) 795-1949 | *Paralegals*<br>Thomas Murtagh<br>Edith McFarland |

February 26, 2008

*via hand-delivery and facsimile*

Ashley Kosztya
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602

Re: <u>Bernardi v. City of Chicago, et al.</u>, No. 07 C 6656

Dear Ashley,

Today I left you a voice-mail message asking that you contact me regarding the above-referenced case. Plaintiff's complaint was filed on November 27, 2007, and named unknown officers. Plaintiff has provided Defendant City with 26(a)(1) disclosures and informed the City that a person by the name of Shannon was arrested during the incident alleged in Plaintiff's complaint. Plaintiff has not received Defendants' 26(a)(1) disclosures or any information regarding the identity of the unknown officers. Please contact me so we can start working on identifying the unknown officers.

Thank you for your attention to this matter. I look forward to speaking to you soon.

Sincerely yours,

Louis J. Meyer

LJM/em
cc: Deja Nave

Page 1 of 1