# Exhibit A

*Bernardi v. City of Chicago, et al.*
07 C 6656



City of Chicago
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)
http://www.cityofchicago.org

**Via electronic mail**

February 27, 2008

Louis J. Meyer, Esq.
The Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Ste. 1700
Chicago, Illinois 60602

**Re:     Bernardi v. City of Chicago, et al.  07 C 6656**

Dear Mr. Meyer:

In response to your letter sent yesterday inquiring as to the progress made
in identifying the unknown officers in this case, we state that although
reasonable efforts have been made, based on the minimal information
provided in the Complaint and in your client's 26(a) disclosures, we have
not been able to identify the unknown defendants at this point in time.

Therefore, we request that you contact your client and have him provide
the answers to the below questions in order for us to continue our search in
identifying the officers in question:

1.      What are the physical descriptions of the two officers whom
        Plaintiff Chase Bernardi alleges stopped him at or near Paulina and
        92nd Street on August 23, 2006, (*e.g.*, race, gender, hair color, hair
        length, eye color, height, weight, salient characteristics such as
        tattoos or facial hair)?

2.      What type of clothing were these two individuals wearing at the
        time they allegedly stopped Chase Bernardi on the date and
        location noted above?  Were they in uniform (and if so, please
        describe them) or were they wearing civilian clothing (if so, please
        describe)?

3.      Plaintiff alleges the two officers who stopped him at Paulina and
        92nd Street were in an unmarked squad car.  What vehicle make
        and year was the car in question?  What did the interior of the car
        look like?





4.    Is "Shannon" the first or last name of the "friend" who was placed into custody?  What is this individual's full name?  Can your client provide us with any identifying information regarding "Shannon"?

5.    Does your client have any other information that will assist us in identifying the unknown defendants who are named in the Complaint?

Please provide this information as soon as possible.  If you have any questions or wish to discuss this matter, please feel free to contact us.


Sincerely,


*A. C. Kosztya*


Ashley C. Kosztya
Assistant Corporation Counsel
312-744-6922

## Ashley Kosztya - Bernardi v. City 07 C 6656

| | |
|---|---|
| **From:** | Ashley Kosztya |
| **To:** | meyerlouis@hotmail.com |
| **Date:** | 2/27/2008 6:01 PM |
| **Subject:** | Bernardi v. City 07 C 6656 |
| **Attachments:** | |

Dear Counsel,

Please find attached a letter in response to the correspondence I received yesterday.

Yours truly,

Ashley C. Kosztya
312-744-6922

**Subject:**       Bernardi v. City 07 C 6656
**Created By:**     **Ashley.Kosztya@cityofchicago.org**
**Scheduled Date:**
**Creation Date:**  2/27/2008 6:01 PM
**From:**          Ashley Kosztya

| Recipient | Action | Date & Time | Comment |
|---|---|---|---|
| BC: Deja Nave (LW00905) | Delivered | 2/27/2008 6:01 PM | |
| To: meyerlouis@hotmail.com (meyerlouis) | Transferred | 2/27/2008 6:01 PM | |