# Exhibit B

*Bernardi v. City of Chicago, et al.*
07 C 6656

Case 1:07-cv-06656    Document 24-3    Filed 09/05/2008    Page 2 of 5



**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)

http://www.cityofchicago.org

Via facsimile

August 21, 2008

Louis J. Meyer, Esq.
The Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Ste. 1700
Chicago, Illinois 60602

**Re:    Bernardi v. City of Chicago, et al.  07 C 6656**

Dear Mr. Meyer:

I am in receipt of your faxed letter memorializing our conversation from this afternoon at Police Headquarters. In response to said letter, I did indicate that I was informed today (prior to leaving to meet you at Headquarters) that there was a CR in this case, and that I would attempt to get it in an expedited fashion as you have a statute of limitations looming in this matter.

However, please note that the City has provided your client with every opportunity to conduct a photo array, and that the sole reason you require information from the CR is that today, approximately nine months after this case was filed, your client told you for the first time that he has already participated in a photo array and identified the individuals who allegedly violated his civil rights.

For several months we have discussed the fact that you wished your client to view a photo array, and at no time did the City object. In fact, as I told you, I even rearranged my schedule at the last minute to accommodate you and your client for today's photo array after your client cancelled *yesterday's* photo array, which I learned of only after waiting at Police Headquarters for both of you to arrive.






**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)

http://www.cityofchicago.org

I also wish to memorialize the fact that your client declined to participate in today's photo array (after all parties arrived at Headquarters) as he now claims that he has already participated in a photo array during the CR investigation.

Sincerely,

*A.C. Kosztya*

Ashley C. Kosztya
Assistant Corporation Counsel
312-744-6922





# Fax Transmission

## City of Chicago - Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
Fax: 744-3989

| To: | Lawrence V. Jackowiak | Fax No: | 312-795-1949 |
|---|---|---|---|
| Date: | August 21, 2008 | Pages: | 3 |
| From: | ACC Ashley C. Kosztya | Direct No: | 312-744-6922 |
| Subject: | Bernardi v. City of Chicago, et al., 07 C 6656 | | |

**Comments:**

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.

# Fax Confirmation Report

Date/Time : AUG-21-2008 02:47PM THU
Fax Number : 312 744 3989
Fax Name : Department of Law
Model Name : WorkCentre 4150

Total Pages Scanned: 3

| No. | Remote Station | StartTime | Duration | Page | Mode | Job Type | Result |
|---|---|---|---|---|---|---|---|
| 001 | 97951949 | 08-21 02:46PM | 00'26 | 003/003 | EC | HS | CP |

Abbreviations:

HS:Host Send PL:Polled Local CP:Completed TS:Terminated by System
HR:Host Receive PR:Polled Remote FA:Fail RP:Report G3:Group3
WS:Waiting Send MS:Mailbox Save TU:Terminated by User EC:Error Correct MP:Mailbox Print

Fax Transmission

City of Chicago - Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
Fax: 744-3989

| | | | |
|---|---|---|---|
| [illegible] | Lawrence V. Jackowiak | Fax No: | 312-795-1949 |
| [illegible] | August 21, 2008 | Pages: | 3 |
| [illegible] | ACC Ashley C. Kosztya | Direct No: | 312-744-6922 |
| Subject: | Bernardi v. City of Chicago, et al., 07 C 6656 | | |

Comments:

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.