# Exhibit C

*Bernardi v. City of Chicago, et al.*
07 C 6656



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)

http://www.cityofchicago.org

**Via facsimile**

August 21, 2008

Louis J. Meyer, Esq.
The Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Ste. 1700
Chicago, Illinois 60602

**Re:   Bernardi v. City of Chicago, et al.  07 C 6656**

Dear Mr. Meyer:

The messenger service employed by the City will be picking up the CR in question and delivering it to me in the early afternoon (prior to 1:00 p.m.). For your information, I will be taking a deposition at my offices this morning which should be ending around noon.

I will call you with the information requested the moment I receive it.

Sincerely,

*a.c. Kosztya*

Ashley C. Kosztya
Assistant Corporation Counsel
312-744-6922




# Fax Transmission

**City of Chicago - Department of Law**
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
Fax: 744-3989

| To: | Lawrence V. Jackowiak | Fax No: | 312-795-1949 |
|---|---|---|---|
| Date: | August 22, 2008 | Pages: | 2 |
| From: | ACC Ashley C. Kosztya | Direct No: | 312-744-6922 |
| Subject: | Bernardi v. City of Chicago, et al., 07 C 6656 | | |

**Comments:**

IMPORTANT:   THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.

# Fax Confirmation Report

Date/Time : AUG-22-2008 08:49AM FRI
Fax Number : 312 744 3989
Fax Name : Department of Law
Model Name : WorkCentre 4150

Total Pages Scanned: 2

| No. | Remote Station | StartTime | Duration | Page | Mode | Job Type | Result |
|---|---|---|---|---|---|---|---|
| 001 | 97951949 | 08-22 08:48AM | 00'17 | 002/002 | EC | HS | CP |

Abbreviations:

| | | | | |
|---|---|---|---|---|
| HS:Host Send | PL:Polled Local | CP:Completed | TS:Terminated by System | |
| HR:Host Receive | PR:Polled Remote | FA:Fail | RP:Report | G3:Group3 |
| WS:Waiting Send | MS:Mailbox Save | TU:Terminated by User | EC:Error Correct | MP:Mailbox Print |

# Fax Transmission

**City of Chicago - Department of Law**
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
Fax: 744-3989

| | | | |
|---|---|---|---|
| **To:** | Lawrence V. Jackowiak | **Fax No:** | 312-795-1949 |
| **Date:** | August 22, 2008 | **Pages:** | 2 |
| **From:** | ACC Ashley C. Kosztya | **Direct No:** | 312-744-6922 |
| **Subject:** | Bernardi v. City of Chicago, et al., 07 C 6656 | | |

**Comments:**

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.