IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHASE BERNARDI, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6656 |
| | ) | |
| v. | ) | |
| | ) | Judge Shadur |
| CITY OF CHICAGO, | ) | |
| A Municipal Corporation; and | ) | Magistrate Judge Valdez |
| Unknown Chicago Police Officers | ) | |
| John Does 1-2; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S RESPONSE TO PLAINTIFF'S MOTION TO TOLL STATUTE OF LIMITATIONS,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 5th day of September, 2008.

                                        MARA S. GEORGES
                                      CORPORATION COUNSEL
                                      CITY OF CHICAGO

BY:    /s/ Ashley C. Kosztya
          ASHLEY C. KOSZTYA
          Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 6274884

## CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S RESPONSE TO PLAINTIFF'S MOTION TO TOLL STATUTE OF LIMITATIONS,** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 5th day of September, 2008.

                                        /s/ Ashley C. Kosztya
                                        ASHLEY C. KOSZTYA